**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION**

|  |  |
|---|---|
| In *re*: ) | |
| ) | |
| **ANDREW J. BRYAN** ) | Chapter 7 |
| ) | Case No. 09-41802-MSH |
| **Debtor** ) | |
| ) | |
| ) | |
| **JOHN P. FITZGERALD, III** ) | |
| **ACTING UNITED STATES TRUSTEE**) | Adversary Proceeding No. 10-4040 |
| ) | |
| **Plaintiff** ) | |
| v. ) | |
| ) | |
| **ANDREW J. BRYAN** ) | |
| ) | |
| **Defendant.** ) | |

**MOTION OF UNITED STATES TRUSTEE TO EXTEND PRE-TRIAL
ORDER DEADLINES**

The Plaintiff, United States Trustee ("UST"), hereby moves this Court for an order extending the pre-trial deadlines in this adversary proceeding for approximately 45 days. As grounds therefore, the UST states that a deposition of the Defendant was noticed for July 19, 2010, and the Defendant failed to appear. The UST requires an extension of the discovery and other pre-trial deadlines in order to file the appropriate pleadings and, if necessary, conduct a rescheduled deposition.

**WHEREFORE**, Plaintiff, United States Trustee, prays that this court enter an order extending the pre-trial deadlines for approximately 45 days, and granting any other relief that this court deems right and just.

>                    **Respectfully submitted,**
>
>                    **John P. Fitzgerald, III**
>                    **Acting United States Trustee**
>
>
> **By:**         /s/ Lisa D. Tingue
>                    **Lisa D. Tingue BBO # 633275**
>                    **Trial Attorney**
>                    **United States Department of Justice**
>                    **Office of the United States Trustee**
>                    **446 Main Street, 14th Floor**
>                    **Worcester, MA 01608**
>                    **(508) 793-0555 (telephone)**
>                    **(508) 793-0558 (fax)**

**Date:  July 23, 2010**                    email: stephen.meunier@usdoj.gov


## CERTIFICATE OF SERVICE

I certify that on July 23, 2010, I served a copy of the Motion of the United States Trustee To Extend Pre-Trial Order Deadlines by first class mail, postage prepaid, or by ECF on the parties below:

Michael J. Tremblay, Esq.
Email: attorney@tremblay.com

Andrew J. Bryan
125 Peony Court
Brandenton, FL 34212

Dated:  July 23, 2010                    /s/  Lisa D. Tingue
                                         Lisa D. Tingue