UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In *re*: ) | |
| ) | |
| **ANDREW J. BRYAN** ) | Chapter 7 |
| ) | Case No. 09-41802-MSH |
| **Debtor** ) | |
| ) | |
| **JOHN P. FITZGERALD, III** ) | |
| **ACTING UNITED STATES TRUSTEE**) | Adversary Proceeding No. 10-4040 |
| ) | |
| **Plaintiff** ) | |
| v. ) | |
| **ANDREW J. BRYAN** ) | |
| ) | |
| **Defendant.** ) | |

## AMENDED CERTIFICATE OF SERVICE

    I certify that on July 23, 2010, I served a copy of the Motion of the United States Trustee To Extend Pre-Trial Order Deadlines by first class mail, postage prepaid, or by ECF on the parties below:

Troy D. Morrison, Esq.
Email: tmorrison@mrlawllp.net

Andrew J. Bryan
125 Peony Court
Brandenton, FL 34212

                                            **Respectfully submitted,**

                                            **John P. Fitzgerald, III**
                                            **Acting United States Trustee**

                        **By:**        /s/ Lisa D. Tingue
                                            **Lisa D. Tingue BBO # 633275**
                                            **Trial Attorney**
                                            **United States Department of Justice**
                                            **Office of the United States Trustee**
                                            **446 Main Street, 14th Floor**
                                            **Worcester, MA 01608**
                                            **(508) 793-0555 (telephone)**
                                            **(508) 793-0558 (fax)**
**Date: July 23, 2010**                  **email: stephen.meunier@usdoj.gov**